**Order entered October 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01235-CR
No. 05-13-01237-CR

**JOHN CLOUD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F93-61603-N, F93-61604-N**

## ORDER

The Court has before it appellant's October 1, 2013 motion to take judicial notice. We also have before us appellant's October 11, 2013 motion to extend time to file his brief. The documents before the Court reflect that the appeals are from the trial court's August 26, 2013 order denying appellant's motion for post-conviction DNA testing. Appellant is representing himself in the appeals.[1]

---

[1] This is appellant's third appeal from an order denying a motion for post-conviction DNA testing. The Court affirmed the trial court's orders in the two earlier sets of appeals. *Cloud v. State*, No. 05-07-01414-CR & 05-07-01415-CR (Tex. App.—Dallas Aug. 6, 2008, pet. ref'd) (not designated for publication); *Cloud v. State*, No. 05-03-01146-CR & 05-03-01162-CR (Tex. App.—Dallas July 20, 2004, pet. ref'd) (not designated for publication). The Court also affirmed appellant's underlying convictions. *Cloud v. State*, No. 05-96-00732-CR & 05-96-00733-CR (Tex. App.—Dallas May 8, 1998, pet. ref'd) (not designated for publication).

We **DENY** appellant's October 1, 2013 motion to take judicial notice. The Court will review the trial court's ruling based on the record before it. Any redacting of the copies of the record appellant received from this Court was done in accordance with the Court's procedure.

We **DENY** as premature appellant's October 11, 2013 motion to extend time to file his brief. The clerk's record has not yet been filed and is not due until October 25, 2013. Appellant's brief will be due thirty days after the clerk's record is filed.

We **DIRECT** the Clerk to transfer the clerk's and reporter's records that were filed in the appeal of appellant's underlying convictions, *John Harry Cloud v. The State of Texas*, Nos. 05-96-00732-CR and 05-96-00733-CR, into the above appeals. We further **DIRECT** the Clerk to file a copy of this order among the papers of cause nos. 05-96-00732-CR and 05-96-00733-CR.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to John Harry Cloud, TDCJ No. 749521, Powledge Unit, 1400 F.M. 3452, Palestine, Texas 75803.

We **DIRECT** the Clerk to send a copy of the order, by electronic transmission, to the Dallas County District Attorney's Office.

/s/     DAVID EVANS
JUSTICE